District Judge James L. Robart
Magistrate Judge James P. Donohue

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AIDE SANDOVAL NUNEZ,<br><br>Petitioner,<br><br>v.<br><br>JEH JOHNSON, et al.,<br><br>Respondents. | Case No. 2:14-cv-01104-JLR-JPD<br><br>[PROPOSED] ORDER DISMISSING FOR LACK OF SUBJECT MATTER JURISDICTION |

The Court, having considered the suggestion of mootness, *which the court has treated as a Motion to Dismiss,* and any opposition thereto, hereby DISMISSES petitioner's habeas petition. *The court also dismisses the Report and Recommendation as moot.*

Dated: 3 January 2014

The Honorable James L. Robart
United States District Judge